STATE OF NORTH CAROLINA v. JOHN B. BOYETTE

No. 747SC861

(Filed 5 February 1975)

Criminal Law § 177— death of defendant pending appeal
 Where defendant died while his appeal from a criminal conviction was pending, the action is abated and the appeal is dismissed.

ON *certiorari* to review trial before *Martin, (Robert M.), Judge,* 10 December 1973 Session of Superior Court held in WILSON County.

Defendant was convicted of voluntary manslaughter and judgment imposing a prison sentence was entered. The appeal was argued before this Court on 10 December 1974.

*Attorney General Rufus L. Edmisten by Assistant Attorney General Roy A. Giles, Jr., for the State.*

*Connor, Lee, Connor, Reece & Bunn by Cyrus F. Lee; Lucas, Rand, Rose, Meyer, Jones & Orcutt by David S. Orcutt, attorneys for defendant appellant.*

VAUGHN, Judge.

It appearing that defendant died on 8 January 1975, the action stands abated and the appeal is dismissed.

Action abated.

Appeal dismissed.

Judges PARKER and ARNOLD concur.